IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DR. STEVEN A. GUTTENBERG,<br>2021 K Street, N.W., Suite 200<br>Washington, D.C. 20006 | §<br>§<br>§<br>§ | |
| and | § | CIVIL ACTION NO. 13-2046 |
| | § | |
| STEVEN A. GUTTENBERG, D.D.S., M.D.,<br>PLLC,<br>2021 K Street, N.W., Suite 200<br>Washington, D.C. 20006 | §<br>§<br>§<br>§ | **REMOVED FROM THE<br>SUPERIOR COURT OF THE<br>DISTRICT OF COLUMBIA** |
| | § | |
| Plaintiffs, | §<br>§ | |
| v. | §<br>§ | |
| DR. ROBERT W. EMERY and<br>KATHY BORG-EMERY,<br>750 Potomac River Road,<br>McLean, Virginia 22012 | §<br>§<br>§<br>§<br>§ | |
| Defendants. | §<br>§ | |

## NOTICE OF REMOVAL BY DEFENDANTS
## DR. ROBERT W. EMERY AND KATHY BORG-EMERY

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Dr. Robert W. Emery and

Kathy Borg-Emery ("Defendants") file this Notice of Removal from the Superior Court of the

District of Columbia.  In support, Defendants state as follows:

1.      On November 22, 2013, Plaintiffs Dr. Steven A. Guttenberg and Steven A.

Guttenberg, D.D.S., M.D., PLLC ("Plaintiffs") filed an action against Defendants in the Superior

Court of the District of Columbia styled *Dr. Steven A. Guttenberg, et al. v. Dr. Robert W. Emery,*

*et al.*, Case No. 2013 CA 007880 B (the "State Court Action").

2.      On December 6, 2013, a process server left the Complaint, Summons and Initial

Order for the State Court Action at Defendants' personal residence.  A copy of all process,

pleadings, and orders served upon Defendants in the State Court Action are attached hereto as

**Exhibit A**.  Accordingly, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

3.      Pursuant to 28 U.S.C. § 1441(a), this district embraces the District of Columbia, where the State Court Action is pending.

4.      Promptly after filing of this Notice of Removal, Defendants will give written notice to Plaintiffs and to the Clerk of the Superior Court of the District of Columbia pursuant to 28 U.S.C. § 1446(d).

5.      Defendants have filed a civil cover sheet contemporaneously with this Notice.

6.      Both Defendants consent to removal to this Court.

## GROUNDS FOR REMOVAL

7.      This Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1332.  Removal to this Court is proper because there is complete diversity of citizenship between Plaintiffs and Defendants and the amount in controversy exceeds $75,000, exclusive of interest and costs.

**A.      There is Complete Diversity of Citizenship.**

8.      Removal is proper where all defendants are diverse from all plaintiffs.  28 U.S.C. §1332(a).

9.      As alleged in the Complaint, Plaintiff Dr. Steven A. Guttenberg "is an oral surgeon practicing in the District of Columbia." (Compl. ¶ 2).  Upon information and belief, Dr. Guttenberg is domiciled at 8801 Chalon Drive, Bethesda, Maryland 20717, and is a citizen of the State of Maryland for purposes of diversity jurisdiction.

10.      As alleged in the Complaint, Plaintiff Steven A. Guttenberg, D.D.S., M.D., PLLC ("Guttenberg PLLC") "is a District of Columbia professional corporation."  (Compl. ¶ 3).  Accordingly, upon information and belief, Guttenberg PLLC is a citizen of the District of Columbia for purposes of diversity jurisdiction.  In the alternative, Guttenberg PLLC is a citizen

of the State of Maryland because its sole member upon information and belief is Plaintiff Dr.

Steven A. Guttenberg. *See Cunningham & Associates, PLC v. ARAG LLC*, 842 F. Supp. 2d 25,

27, n.2 (D.D.C. 2010) (stating that for purposes of diversity jurisdiction, the citizenship of a

limited liability company is determined by the citizenship of its members).

11.     Defendants Dr. Robert W. Emery and Kathy Borg-Emery are domiciled at 750

Potomac River Road, McLean, Virginia 22012 and are citizens of the Commonwealth of

Virginia for purposes of diversity jurisdiction.

12.     Accordingly, there is complete diversity of citizenship under 28 U.S.C. § 1332.

**B.      The Amount in Controversy Exceeds the Federal Minimum Jurisdictional
Requirements.**

13.     It is apparent from the face of the Complaint that Plaintiffs seek recovery of an

amount in excess of $75,000, exclusive of costs and interest.   The Complaint seeks

compensatory damages in the amount of $250,000, punitive damages in the amount of $250,000,

attorneys' fees and costs, and injunctive relief.  (Compl. at 5-6).

14.     Accordingly,   the   amount   in   controversy   exceeds   the   federal   minimum

jurisdictional requirement set forth in 28 U.S.C. § 1332.

WHEREFORE, for the foregoing reasons, Defendants request that the State Court Action

be removed to this Court from the Superior Court of the District of Columbia.

Respectfully submitted,

/s/ Moxila A. Upadhyaya
Brian L. Schwalb (# 428551)
Seth A. Rosenthal (# 482586)
Moxila A. Upadhyaya (# 494373)
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004-1601
Telephone:  (202) 344-4000
Facsimile:  (202) 344-8300

4

Email:  blschwalb@venable.com
        sarosenthal@venable.com
        maupadhyaya@venable.com

*Counsel for Defendants*
*Dr. Robert W. Emery and Kathy Borg-Emery*

Date: December 24, 2013

4

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 24th day of December, 2013, I caused the foregoing Notice of Removal to be served on counsel for Plaintiffs via U.S. Mail, first class postage prepaid, and electronic mail at the address below:

> Geoffrey P. Gitner
> Martin & Gitner PLLC
> 2121 K Street, N.W.
> Suite 850
> Washington, D.C. 20037
> Geoff.gitner@martingitnerlaw.com

> /s/ Moxila A. Upadhyaya
> Moxila A. Upadhyaya

5